File No. 1694-16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Carol A Franklin, | Case No. 09-71903 |
| Debtor. | Honorable Judge Barbosa |

### RESPONSE TO NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATION

Now comes Litton Loan Servicing, LP ("Litton") and files this Response to the Trustee's Notice of Final Mortgage Cure Amount and in support states as follows:

1. That on December 3, 2009, Chapter 13 Trustee Lydia S. Meyer filed a Notice of Payment of Final Mortgage Cure Amount. The Notice was subsequently served on Litton and indicated that if the creditor is not post-petition current, it must file a response within sixty days of said Notice. This response is being filed within that time frame. Litton is the servicer for the mortgage.

2. The Debtor is not current on her post-petition mortgage payments regarding the real estate located at: 158 Northlight Passe, Lake in the Hills, Illinois 60156 ("Real Estate"). The plan was confirmed on November 6, 2009.

3. Since there is a post-petition default the mortgage should not be considered fully reinstated. The default figures presents are good through the cure date.

4. The loan is due based upon post-petition arrears on the mortgage. The following is due and owing:

   i) $6,298.11 in post-petition payments from July 1, 2009 through December 1, 2009 at $1,049.69; and,

      ii) $125.50 in post-petition escrow advances.

That the total post-petition default for the first mortgage totals $6,423.64. The mortgagee should not be required to treat the mortgage as reinstated and fully current. The creditor reserves the right to amend this response.

                Respectfully submitted,

                /s/ Mitchell A. Lieberman
                Mitchell A. Lieberman # 6193234
                NOONAN & LIEBERMAN, LTD.
                Attorney for Litton Loan Servicing, LP
                105 W. Adams, Suite 3000
                Chicago, Illinois 60603
                P: (312) 431-1455
                F: (312) 431-1456